ABK
F.#2015R00829

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

— — — — — — — — — — — — X

UNITED STATES OF AMERICA

- against -

JONATHAN GREENSTEIN and
REBECCA JOSEPH,

         Defendants.

— — — — — — — — — — — — X

UNSEALING ORDER

15-M-727

      Upon the application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ameet B. Kabrawala, for an order unsealing the complaint and arrest warrant in the above-captioned matter, WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          August 5, 2015

                              *s/Ramon E. Reyes Jr.*
                              HONORABLE RAMON E. REYES, JR.
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK